UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-22241-CIV-ALTONAGA/Simonton

**JANE DOE**, a minor, by and
through her mother, natural guardian
and best friend, Susan Doe,

    Plaintiff,
vs.

**CARNIVAL CORPORATION**,

    Defendant.
_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

The parties have advised that they have amicably settled this matter. Accordingly, it is

**ORDERED and ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Final Order of Dismissal with the Court within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of August, 2013.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record